No. 289, Misc. BOWEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 302, Misc. SULLIVAN *v.* McGEE, DIRECTOR OF CORRECTIONS. Supreme Court of California. Certiorari denied.

No. 413, Misc. DARCY *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Doris M. Maier,* Deputy Attorney General, for respondent.

No. 418, Misc. BUTZ *v.* CIRCUIT COURT OF RANDOLPH COUNTY, ILLINOIS, ET AL. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 425, Misc. DOVICO *v.* NEW YORK. Supreme Court of New York, Appellate Division, Fourth Department. Certiorari denied.

No. 427, Misc. JONES *v.* CITY OF NORFOLK. Supreme Court of Nebraska. Certiorari denied.

No. 431, Misc. KELEHER *v.* KELEHER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Alvin L. Newmyer* for respondent.

No. 435, Misc. KRUSE *v.* STANLEY. C. A. 2d Cir. Certiorari denied.

No. 436, Misc. TASHKOFF *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied.